423 A.2d 1314

McGrorey et al., Appellants, v. Obermayer et al.

Argued March 21, 1979.   John J. O'Brien, Jr., for appellants;  J. Bruce McKissock, for appellees.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of the lower court is hereby affirmed.